IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SNYDER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-4742 |
| | : | |
| LOWES HOME CENTERS, INC. | : | |

### ORDER

AND NOW, this 12th day of May, 2014, upon careful and independent consideration of Defendant's Motion to Enforce Settlement and For Attorneys' Fees and Costs and Plaintiff's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendant's Motion to Enforce Settlement and for Attorneys' Fees and Costs (Document 22) is DENIED for the reasons set forth in the Report and Recommendation.

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on April 3, 2014. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.